UNITED STATES of America,
Plaintiff-Appellee,

v.

Destin WHITMORE, Defendant-
Appellant.

No. 17-11753
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(November 13, 2017)

Mary Louise Webb, Lawrence R. Sommerfeld, U.S. Attorney Service—Northern District of Georgia, U.S. Attorney's Office, Atlanta, GA, for Plaintiff-Appellee

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Leigh Ann Webster, appointed counsel for Destin Whitmore in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Whit-

more's convictions and sentences are **AFFIRMED**.